IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| VICTOR K. CONNER, K. AUSTIN CONNER, and JESSICA CONNER, | * <br> * |
| Plaintiffs, | Case No. 5:21-cv-55-CAR |
| v. | * |
| CITY OF CENTERVILLE, GA; CENTERVILLE POLICE CHIEF CHARLES HADDEN; WESLEY NEESMITH, individually and in his Capacity as Centerville Police Officer; and DAMIR MEHMEDIC, individually and in his capacity as Centerville Police Officer, | * <br> * <br> * <br> * <br> * <br> * |
| Defendants. | * <br> * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 28, 2024, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiffs shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 29th day of March, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk